IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-2674 |
| | § | |
| ADAN CABALLERO a/k/a ADAM | § | |
| CABALLERO, Individually, and d/b/a | § | |
| HORSEMAN'S GRILL AND SALOON, | § | |
| | § | |
| Defendant. | § | |

## ORDER RESETTING INITIAL
## PRETRIAL AND SCHEDULING CONFERENCE

The plaintiff's Motion for Continuance of Initial Pretrial and Scheduling Conference, (Docket Entry No. 6), is granted. The Pretrial and Scheduling Conference is reset to **January 20, 2015**, at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

SIGNED on November 10, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge