IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-2674 |
| ADAN CABALLERO a/k/a ADAM CABALLERO, Individually, and d/b/a HORSEMAN'S GRILL AND SALOON, | § § § § | |
| Defendant. | § | |

ORDER RESETTING
PRETRIAL CONFERENCE

The plaintiff's Second Motion for Continuance of Pretrial Conference, (Docket Entry No. 13), is granted. The Initial Pretrial and Scheduling Conference will be reset to **March 20, 2015**, at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

SIGNED on January 15, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge